MAY E. SHANAHAN, Respondent, v. COHEN & ZERENOWITZ REALTY CORPORATION, Appellant.—Action for personal injuries. Judgment entered upon a verdict in favor of the plaintiff after trial at Trial Term, Supreme Court, Bronx county, unanimously reversed and a new trial ordered, with costs to the appellant to abide the event, unless the plaintiff stipulates to reduce the judgment as entered to the sum of $2,677.85; in which event the judgment as so modified is affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., McAvoy, Untermyer, Dore and Cohn, JJ.

HENRY K. ROSENBAUM and Others, Respondents, v. HERMAN SCHATIA, Appellant.— Plaintiffs, claiming to have been coadventurers with defendant in the formation of a corporation and in the exploitation and commercialization of a certain device, sued to recover from defendant damages for his breach of the contract of co adventure pursuant to which he was to have furnished to the corporation formed under said contract funds necessary for its financing from which were to be paid to plaintiffs certain salaries. Judgment entered on a verdict in favor of plaintiffs, after trial at Trial Term affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, Untermyer, Dore and Cohn, JJ.; Martin, P. J., and Cohn, J., dissent.

SARAH E. MURNICK, Transacting and Conducting Business under the Name and Style of WILMUR KNITTING MILLS, Respondent, v. NATIONAL-BEN FRANKLIN FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and Others, Appellants.— Action against five fire insurance companies to recover on policies issued by them to plaintiff totaling $10,000. Judgment entered on verdict in favor of plaintiff, after trial at Trial Term, and order denying motion to set aside verdict and for a new trial, affirmed with costs. No opinion. Present — Martin, P. J., McAvoy, Untermyer, Dore and Cohn, JJ.; Martin, P. J., and Dore, J., dissent and vote to reverse and grant new trial.

MATILDA BOHLKEN, Respondent, v. TITLE GUARANTEE AND TRUST COMPANY, Appellant.— Judgment and order granting plaintiff's motion for summary judgment unanimously reversed and said motion denied, upon the sole ground that, under rule 113 of the Rules of Civil Practice, a motion for summary judgment will not lie in this type of action. Order denying defendant's motion for summary judgment on its counterclaim affirmed for the same reason. No costs to either party on this appeal. We believe a preference should be granted for the trial of this action for the opening day of the October term. Present — Martin, P. J., McAvoy, Glennon, Untermyer and Cohn, JJ. [158 Misc. 512.]

In the Matter of the Application of EUGENE L. PARODI.— Reference ordered. Present — Martin, P. J., McAvoy, Townley, Untermyer and Cohn, JJ.

In the Matter of the Application of LOUIS M. PHILLIPS.—Application denied. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of LLOYD WENGROW to Discipline an Attorney. — Proceeding dismissed. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.